**John R. Ashcroft Secretary of State**
**2019 ANNUAL REGISTRATION REPORT**
BUSINESS

```
F00418312
Date Filed: 2/25/2019
John R. Ashcroft
Missouri Secretary of State
```

**\*SECTION 1, 3 & 4 ARE REQUIRED**

| REPORT DUE BY: | 4/30/2019 |
|---|---|

F00418312
OLD DOMINION FREIGHT LINE, INC.
THE CORPORATION COMPANY
120 SOUTH CENTRAL AVENUE
CLAYTON MO  63105

RENEWAL MONTH:
JANUARY

☐ I OPT TO CHANGE THE CORPORATION'S
RENEWAL MONTH TO  FOR A $25.00 FEE

**1** PRINCIPAL PLACE OF BUSINESS OR CORPORATE HEADQUARTERS:  \*

500 Old Dominion Way                               (Required)

STREET
Thomasville         NC          27360
CITY / STATE                    ZIP

**2** If changing the registered agent and/or registered office address, please check the appropriate box(es) and fill in the necessary information.
☐ The new registered agent _____
IF CHANGING THE REGISTERED AGENT, AN ORIGINAL WRITTEN CONSENT FROM THE NEW
REGISTERED AGENT MUST BE ATTACHED AND FILED WITH THIS REGISTRATION REPORT.

☐ The new registered office address _____
Must be a Missouri address, PO Box alone is not acceptable. This section is not applicable for Banks, Trusts and Foreign Insurance.

**3**

**OFFICERS (A)**
NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE).
MUST LIST PRESIDENT AND SECRETARY BELOW

| | |
|---|---|
| **PRESIDENT** | Gantt, Greg  Gantt |
| STREET | 500 OLD DOMINION WAY |
| CITY/STATE/ZIP | THOMASVILLE NC 27360 |
| **SECRETARY** | PARR, ROSS |
| STREET | 500 OLD DOMINION WAY |
| CITY/STATE/ZIP | THOMASVILLE NC 27360 |
| **VICE PRESIDENT** | MAREADY, KIM S |
| STREET | 500 OLD DOMINION WAY |
| CITY/STATE/ZIP | THOMASVILLE NC 27360 |
| **VICE PRESIDENT** | SATTERFIELD, ADAM N |
| STREET | 500 OLD DOMINION WAY |
| CITY/STATE/ZIP | THOMASVILLE NC 27360 |

**BOARD OF DIRECTORS (B)** \*
NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE).
MUST LIST AT LEAST ONE DIRECTOR BELOW

| | |
|---|---|
| NAME | CONGDON, EARL E |
| STREET | 500 OLD DOMINION WAY |
| CITY/STATE/ZIP | THOMASVILLE NC 27360 |
| NAME | |
| STREET | |
| CITY/STATE/ZIP | |
| NAME | |
| STREET | |
| CITY/STATE/ZIP | |
| NAME | |
| STREET | |
| CITY/STATE/ZIP | |

NAMES AND ADDRESSES OF ALL OTHER OFFICERS AND DIRECTORS ARE ATTACHED

**4** The undersigned understands that false statements made in this report are punishable for the crime of making a false  \*
declaration under Section 575.060 RSMo. Photocopy or stamped signature not acceptable.

| Authorized party or officer sign here | Kim  Maready | (Required) |
|---|---|---|
| Please print name and title of signer: | Kim  Maready       /       Vice President | |
| | NAME                              TITLE | |

REGISTRATION REPORT FEE IS:
__$20.00 If filed on or before 4/30/2019
__$35.00 If filed on or before  5/31/2019
__$50.00 If filed on or before 6/30/2019
__$65.00 If filed on or before 7/31/2019
ADD AN ADDITIONAL $25.00 FEE IF CHANGING THE RENEWAL MONTH.

WHEN THIS FORM IS ACCEPTED BY THE SECRETARY OF STATE, BY LAW
IT WILL BECOME A PUBLIC DOCUMENT AND ALL INFORMATION
PROVIDED IS SUBJECT TO PUBLIC DISCLOSURE

E-MAIL ADDRESS (OPTIONAL):     Jason.Hipkins@odfl.com

**REQUIRED INFORMATION MUST BE COMPLETE OR THE REGISTRATION REPORT WILL BE REJECTED**
RETURN COMPLETED REGISTRATION REPORT AND PAYMENT TO: Secretary of State, P.O. Box 778, Jefferson City, MO 65102

Exhibit A



# Rebecca McDowell Cook, Secretary of State
P.O. Box 778, Jefferson City, Mo. 65102
Corporation Divison

# Application for Foreign Corporation
## For a Certificate of Authority

(Submit in duplicate with filing fee of $155.00)

**FILED AND CERTIFICATE OF AUTHORITY ISSUED**

**NOV 06 1995**

*Rebecca McDowell Cook*
SECRETARY OF STATE

(1) The corporation's name is __OLD DOMINION FREIGHT LINE, INC.__

and it is organized and existing under the laws of __Virginia__

(2) The name it will use in Missouri is __OLD DOMINION FREIGHT LINE, INC.__

(3) The date of its incorporation was __1/10/50__ , and the period of its duration is __Perpetual__
      month/day/year

(4) The address of its principal place of business __1730 Westchester Drive, High Point, North Carolina 27262__
      Address                                   City/State/Zip

(5) The name and address of its registered agent and office in the State of Missouri is

__The Corporation Company,   7733 Forsyth Blvd.,   Clayton, Missouri   63105__
Name                          Address                City/State/Zip

(6) The specific purpose(s) of its business in Missouri are:
    To carry freight for hire; to receive, load, transport, and deliver all varieties of commercial freight on highway motor vehicles to various destinations throughout the United States.

(7) The name of its officers and directors and their business addresses are as follows:

| (Officers) | Name | Address | City/State/Zip |
|---|---|---|---|
| President | See attached list of officers | | |
| Vice President | | | |
| Secretary | | | |
| Treasurer | | | |

**(Board of Directors)**

| | Name | Address | City/State/Zip |
|---|---|---|---|
| Director | See attached list of directors | | |
| Director | | | |
| Director | | | |
| Director | | | |

(8) The effective date of this document is the date it is filed by the Secretary of State of Missouri, unless you indicate a future date, as follows: _____
(Date may not be more than 90 days after the filing date in this office)

In affirmation thereof, the facts stated above are true.

_____  President  10-24-95
(Authorized signature of officer or chairman of the board)  (Title)  (Date of Signature)
John A. Ebeling

Note: You must have a current certificate of good standing or certificate of existence with this application. This may be obtained from the Secretary of State or other authority that issues corporate charters.

Appendix to Missouri
Application for Foreign Corporation for a Certificate of Authority

# Directors of
# OLD DOMINION FREIGHT LINE, INC.

---

1. Earl E. Congdon
   1730 Westchester Drive
   High Point, North Carolina   27262

2. John A. Ebeling
   1730 Westchester Drive
   High Point, North Carolina   27262

3. John R. Congdon
   7511 Whitepine Road
   Richmond, Virginia   23832

4. Harold G. Hoak
   1515 Mockingbird Lane
   Charlotte, North Carolina   28209

5. Franz F. Holscher
   545 Owens Drive
   Gastonia, North Carolina   28054

Appendix to Missouri
Application for Foreign Corporation for a Certificate of Authority

# Officers of
# OLD DOMINION FREIGHT LINE, INC.

1. Earl E. Congdon, CEO, Chairman of the Board
   1730 Westchester Drive
   High Point, North Carolina   27262

2. John A. Ebeling, President, COO
   1730 Westchester Drive
   High Point, North Carolina   27262

3. Joel B. McCarty, General Counsel, Secretary
   1730 Westchester Drive
   High Point, North Carolina   27262

4. J. Wes Frye, CFO, Assistant Secretary
   1730 Westchester Drive
   High Point, North Carolina   27262

5. Ernest Brantley, Sr., Vice President
   1730 Westchester Drive
   High Point, North Carolina   27262

6. Ed Richardson, Vice President of Equipment & Maintenance
   1730 Westchester Drive
   High Point, North Carolina   27262

7. John Yowell, Vice President, Corporate Services
   1730 Westchester Drive
   High Point, North Carolina   27262

8. David Congdon, Vice President of Quality
   1730 Westchester Drive
   High Point, North Carolina   27262

9. Richard Keeler, Vice President, Midwest Area
   1730 Westchester Drive
   High Point, North Carolina   27262

10. Buddy McBride, Vice President of Transportation
    1730 Westchester Drive
    High Point, North Carolina   27262

11. Terry Hutchins, Vice President, Southern Area
    1730 Westchester Drive
    High Point, North Carolina   27262

12. Don Souza, Vice President of Marketing & Pricing
    1730 Westchester Drive

## Appendix to  (cont)

High Point, North Carolina   27262

13. Tim Turner, Vice President of National Accounts
    1730 Westchester Drive
    High Point, North Carolina   27262

14. Greg Gant, Vice President, Central Area
    1730 Westchester Drive
    High Point, NC 27262

15. Mark Madden, Vice President, Northern Area
    1730 Westchester Drive
    High Point, NC 27262

16. John Booker, Assistant Vice President, Controller
    1730 Westchester Drive
    High Point, NC 27262

# Commonwealth of Virginia



## State Corporation Commission

### I Certify the Following from the Records of the Commission:

OLD DOMINION FREIGHT LINE, INC. is a corporation existing under and by virtue of the laws of Virginia, and is in good standing.

The date of incorporation is January 10, 1950.

Nothing more is hereby certified.



Signed and Sealed at Richmond
on this Date:     September 29, 1995

_William J. Bridge_
William J. Bridge, Clerk of the Commission

CIS20444

# STATE OF MISSOURI



**Rebecca McDowell Cook**
**Secretary of State**

CORPORATION DIVISION - CERTIFICATE OF AUTHORITY

WHEREAS,
  OLD DOMINION FREIGHT LINE, INC.

USING IN MISSOURI THE NAME
  OLD DOMINION FREIGHT LINE, INC.

HAS COMPLIED WITH THE GENERAL AND BUSINESS CORPORATION LAW WHICH GOVERNS FOREIGN CORPORATIONS; BY FILING IN THE OFFICE OF THE SECRETARY OF STATE OF MISSOURI AUTHENTICATED EVIDENCE OF ITS INCORPORATION AND GOOD STANDING UNDER THE LAWS OF THE STATE OF VIRGINIA.

NOW, THEREFORE, I, REBECCA McDOWELL COOK, SECRETARY OF STATE OF THE STATE OF MISSOURI, DO HEREBY CERTIFY THAT SAID CORPORATION IS FROM THIS DATE DULY AUTHORIZED TO TRANSACT BUSINESS IN THIS STATE, AND IS ENTITLED TO ALL RIGHTS AND PRIVILEGES GRANTED TO FOREIGN CORPORATIONS UNDER THE GENERAL AND BUSINESS CORPORATION LAW OF MISSOURI.

IN TESTIMONY WHEREOF, I HAVE SET MY HAND AND IMPRINTED THE GREAT SEAL OF THE STATE OF MISSOURI, ON THIS, THE 6TH DAY OF NOVEMBER, 1995.

*Rebecca McDowell Cook*
Secretary of State

$155.00

S.O.S. #30